IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF OHIO    2010 MAR 26  PM 12: 20

IN Re:                                          )    KAY WOODS
                                                )    U.S. BANKRUPTCY JUDGE
MARK ALLEN MEASSICK                             )
                                                )
            Debtor                              )    CH 13 Case No. 05-47420
                                                )
                                                )    **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.    Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> MARK A. MEASSICK
> 2517 COBLENTZ DRIVE
> YOUNGSTOWN, OH   44514

                                   **TOTAL:          $ 5.00**

2.    A check in the amount of $67.81, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3.    Nothing further remains to be done in this case.

DATED this ___18th___ day of March, 2010.

_signature_

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re:                     )    KAY WOODS

                          )    U.S. BANKRUPTCY JUDGE

MARK ALLEN MEASSICK     )

                          )

        Debtor         )    CH 13 Case No. 05-47420

                          )

                          )

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED

FUNDS was sent this _18th_ day of March, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: _Alice M⁲Clelland_
Alice McClelland - Assistant

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

Trustee:67    TR-009A

CREDITOR:523237    Page 1 OF 1

VOUCHER FOR CHECK: 775270
DATED: 2010/02/26

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

| NAME OF CREDITOR | CASE | C L M | C L S | R E F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0542935 | 926 | 6 | 53 | ENGLISH, BRUCE M<br>ENGLISH, SHELLY L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0547420 | 926 | 6 | 20 | MEASSICK, MARK ALLEN | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0584605 | 926 | 6 | 18 | SCOTT, MICHAEL | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640202 | 926 | 6 | 43 | HUPP, CLARENCE ALLEN<br>HUPP, JUDITH JOANNA | UNCLAIMED FUNDS | 5.06 | 0.00 | 5.06 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641213 | 926 | 6 | 76 | MANSELL, LILA A<br>MANSELL, GARY V | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0740972 | 926 | 6 | 25 | RITCHIE, THOMAS A. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741153 | 926 | 6 | 13 | DAVIS, SANDRA A. | UNCLAIMED FUNDS | 2.65 | 0.00 | 2.65 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741780 | 926 | 6 | 20 | DAWSON, KIM | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741981 | 926 | 6 | 10 | NISEVICH, MITCH P. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742489 | 926 | 6 | 96 | HITES, ROY L.<br>HITES, TRICIA E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0840732 | 926 | 6 | 30 | WILLIAMS, MYRON E. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841112 | 926 | 6 | 41 | FUSILLO, MATTHEW JOSEPH<br>FUSILLO, BARBARA MARYANN | UNCLAIMED FUNDS | 15.09 | 0.00 | 15.09 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 12 | 67.81 | 0.00 | 67.81 |
| | 67.81 | 0.00 | |
| | PRINCIPAL | INTEREST | |

CURRENT CHECK